UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY TINDALL,

          Plaintiff,

v.

JAMES STANLEY,

          Defendant.

Case No. 20-10903
Honorable Shalina D. Kumar
Magistrate Judge David R. Grand

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF INSURANCE AGREEMENTS (ECF NO. 53)

On July 21, 2023, plaintiff Cody Tindall filed his Motion to Compel Production of Insurance Agreements from Defendant. ECF No. 53. On July 24, 2023 defendant filed his response. ECF No. 54. In that response and during a status conference held on July 25, 2023, defendant indicated that counsel for Macomb County agreed to provide the responsive policies.

Accordingly, plaintiff's motion to compel is **GRANTED**.

**IT IS ORDERED** that within three (3) days of the date of the entry of this Order, the defendant shall produce to plaintiff the requested insurance agreements.

                                      s/ Shalina D. Kumar
                                      SHALINA D. KUMAR

Dated: July 31, 2023                             United States District Judge