UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CODY TINDALL,<br>Plaintiff,<br><br>v.<br><br>COUNTY OF MACOMB, et al.,<br>Defendant. | Case No. 20-10903<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## ORDER SETTING TRIAL DATE

The following dates/deadlines will govern the future course of this case:

1. Witness and Exhibit List Exchange: **July 16, 2026**
2. Motions *in Limine* are to be filed by: **June 29, 2026**
    - Responses to Motions *in Limine* due: **July 6, 2026**
    - Replies to Motions *in Limine* due: **July 9, 2026**
3. Joint Proposed Final Pretrial Order: **July 16, 2026**
4. Final Pretrial Conference and Hearing on Motions *in Limine*: **July 16, 2026 at 10:30 a.m.**
5. Joint Pretrial Jury Instructions: **September 1, 2026**
6. Trial Exhibits: **September 1, 2026**

7. Jury Trial: **September 9, 2026 at 9:00 a.m.**

**IT IS SO ORDERED.**

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: May 28, 2026