UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE TINDALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODY TINDALL, Deceased,<br>Plaintiff,<br><br>v.<br><br>JAMES STANLEY,<br>Defendant. | Case No. 20-10903<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## ORDER SETTING DEADLINES

The Court held a remote status conference on August 20, 2026. The following deadlines were established:

1. Defendant's exhibits to be provided to plaintiff by: **<u>August 24, 2026</u>**
2. Motions *in Limine* regarding objections to plaintiff's exhibits by defendant to be filed by: **<u>August 27, 2026</u>**
   - Plaintiff's Responses to Motions *in Limine* due: **<u>September 3, 2026</u>**

**IT IS SO ORDERED.**

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: August 24, 2026